NAJI SAYAH & another vs. BARBARA A. HATZIPETRO. May 21, 1986. *Consumer Protection Act,* Availability of remedy. *Landlord and Tenant,* Consumer protection.

This case, like *Billings* v. *Wilson, ante* 614 (1986), raises the issue whether G. L. c. 93A, § 2 (1984 ed.), applies to the rental of a dwelling unit in an owner-occupied two-family house, where it is shown that the landlords own no other rental real property. A judge of the Housing Court in Hampden County initially granted judgment for the defendant tenant on her counterclaim based on c. 93A, § 2. Subsequently, on the plaintiffs' motion to amend the judgment, the judge ruled that c. 93A, § 2, is not

---

[1] MR. JUSTICE NOLAN took no part in this court's decision.

applicable and, for the reasons we have stated in *Billings, supra*, we conclude that this ruling was not erroneous. The allowance of the plaintiffs' motion to amend the judgment as to the counterclaim involving c. 93A is affirmed.

*So ordered.*

*Tina S. Page* for the defendant.
*Gary B. Liquori* for the plaintiffs.